# HARRIS BEACH PLLC
### ATTORNEYS AT LAW

ONE PARK PLACE
300 SOUTH STATE STREET
SYRACUSE, NY 13202
(315) 423-7100

**LEE E. WOODARD**

FAX:    (315) 422-9331
LWOODARD@HARRISBEACH.COM

March 11, 2010

U.S. Bankruptcy Court Clerk
Northern District of New York
100 South Clinton Street, Room 315
P.O. Box 7008
Syracuse, NY 13261-7008

    Re:    <u>Sonja Jame Hathaway - Case No. 06-32327</u>

Dear Clerk:

    Enclosed please find a check in the amount of $116.32 for the benefit of Verizon, which represents their pro-rated share of dividends payable in the above case.

    Please be advised that the address of Verizon (AFNI/Verizon East) is P.O. Box 3037, Bloomington, IL 61702-3037.

                                Sincerely,

                                HARRIS BEACH PLLC

                                Lee E. Woodard

LEW/ca
Enc.

RECEIVED
MAR 12 2010
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY